[No. 25227-2-III.   Division Three.   February 5, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLIE L. ADCOCK, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 05-1-00067-1, John Hotchkiss, J., entered May 8, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 25515-8-III.   Division Three.   February 5, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DAVIS YAEGER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03132-1, Harold D. Clarke III, J., entered August 25, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kulik, JJ.

[No. 25731-2-III.   Division Three.   February 5, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMERON DEE HOWARD, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 05-1-00589-3, Evan E. Sperline, J., entered November 28, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Stephens, J. Pro Tem.

[No. 26165-4-III.   Division Three.   February 5, 2008.]

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, *Respondent*, v. MIKE M. JOHNSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-2-02078-0, Cameron Mitchell, J., entered April 16, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.